IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RYAN CUNNINGHAM,

    Plaintiff,

v.

THE VILLAGE OF SAUGET, ILLINOIS, et al.,

    Defendants.                                   Case No. 06-cv-570-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' Stipulation of Dismissal (Doc. 46), filed due to the fact that the parties have reached settlement. Pursuant to the Stipulation, the Court hereby **ACKNOWLEDGES** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees. The matter is now closed.

    **IT IS SO ORDERED.**

    Signed this 14th day of January, 2008.

                                    /s/   David R Herndon
                                    **Chief Judge**
                                    **United States District Court**