**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**RYAN CUNNINGHAM,**

    **Plaintiff,**

**vs.**

                                      **Cause No. 06-CV-570 DRH**

**VILLAGE OF SAUGET, IL, et al.**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear their own costs, attorney's fees and litigation costs. -------------------------------------

                                                   **NORBERT G. JAWORSKI, CLERK**

January 14, 2008                                    By:   s/Patricia Brown
                                                                       Deputy Clerk

APPROVED:  /s/   DavidRHerndon
               **CHIEF JUDGE
               U.S. DISTRICT COURT**